UNITED STATES DISTRICT COURT
OF MARYLAND

MICHELLE DAVIS

    Plaintiff,

V.                                  CIVIL ACTION NO
                                      1:15-cv-02616-JFM

MIDLAND FUNDING LLC

    Defendant.                            OCTOBER 21, 2015

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                      THE PLAINTIFF

                                      BY/S/Bernard T. Kennedy
                                      Bernard T. Kennedy, Esquire
                                      The Kennedy Law Firm
                                      P.O. Box 673
                                      Blairsville, GA 30514
                                      Ph   (443) 607-8901
                                      Fax (443) 440-6372
                                      Fed. Bar # Md26843
                                      bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 10/21/15 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy